**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

GUSTAVO RODRIGUEZ-SAUCEDO,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03133-RFB-BNW

**ORDER**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner, Gustavo Rodriguez-Saucedo, is a petitioner in another habeas proceeding pending in this District: Saucedo v. Blanche, No. 2:26-CV-03085-RFB-BNW. This case was initiated by a joint petition alleging the petitioners are members of the certified class in Jacobo Ramirez v. Mullin, 834 F. Supp. 3d 1072 (D. Nev. 2026).

Accordingly, **IT IS HEREBY ORDERED** that, on or before October 9, 2026, Petitioner, with the assistance of counsel, must indicate whether Petitioner intends to proceed with their petition in the instant case, or in their proceeding featuring the joint petition currently pending before this Court. See Saucedo v. Blanche, No. 2:26-CV-03085-RFB-BNW.

**DATED:** October 5, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**